

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2021

No. 04-21-00010-CV

Marcos **MORALES,**
Appellant

v.

**EGZ, LLC,**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0298
Honorable Bill Squires, Judge Presiding

# O R D E R

Appellant, Marcos Morales, filed his pro se notice of appeal on January 8, 2021. On January 12, 2021, this court notified appellant that the following were due no later than January 22, 2021: (1) a docketing statement, (2) the filing fee of $205.00, and (3) an amended notice of appeal with a certificate of service showing the court reporter was served.

On January 21, 2021, appellant filed a motion requesting an extension of time to file the docketing statement, an affidavit of indigence, and an amended notice of appeal. On that same date, appellant filed of "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond."

Appellant's request for an extension of time is GRANTED. The docketing statement and amended notice of appeal with a certificate of service showing the court reporter was served are due **no later than February 24, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2021.



MICHAEL A. CRUZ, Clerk of Court